# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

**JERRY SUMMERS**

**V.**                                **CIVIL ACTION NO. 3:14-CV-1362-D**

**BAYLOR REGIONAL MEDICAL**
**CENTER AT PLANO AND**
**CHRISTOPHER DUNTSCH, M.D.**

## ORDER OF DISMISSAL WITH PREJUDICE

**CAME ON TO BE CONSIDERED** Plaintiff Jerry Summers's Motion to Dismiss with Prejudice. After considering said Motion, this Court is of the opinion that Plaintiff's claims asserted against Defendants Baylor Regional Medical Center at Plano and Christopher Duntsch, M.D. in this cause should be dismissed.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all claims of Plaintiff Jerry Summers in the above-entitled and numbered cause, are hereby dismissed with prejudice to refiling of same in any form.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all costs of court are hereby taxed against the party incurring same. All other relief not expressly granted herein is specifically denied.

**SIGNED** September 4, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE